PEOPLE v WATSON

APPEAL AND ERROR—SUPREME COURT—LEAVE TO APPEAL—DENIAL OF
    LEAVE TO APPEAL.
    Order granting leave to appeal from the decision of the Court of
    Appeals is vacated and leave to appeal denied where it is the
    opinion of the Michigan Supreme Court, after thoroughly ex-
    amining the issues and considering the briefs and arguments
    thereon, that the appeal does not warrant further review.

Appeal from Court of Appeals, Division 2, Quinn, P. J., and V. J. Brennan and Targonski, JJ., affirming Genesee, Stewart A. Newblatt, J. Submitted November 9, 1973. (No. 15 November Term 1973, Docket No. 54,152.) Decided December 18, 1973.

40 Mich App 471.

Leroy Watson was convicted of robbery unarmed. Defendant appealed to the Court of Appeals. Affirmed. Defendant appeals. Order granting leave to appeal vacated and leave to appeal denied.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief, Appellate Division, and *Joel B. Saxe,* Assistant Prosecuting Attorney, for the people.

*State Appellate Defender Office* (by *John B. Phelps),* for defendant on appeal.

REFERENCE FOR POINTS IN HEADNOTE
5 Am Jur 2d, Appeal and Error §§ 17–77.

PER CURIAM. The issues in this case having been thoroughly examined, and briefs and arguments thereon considered, it is the opinion of the Court that this appeal does not warrant further review. The order dated July 31, 1972, is vacated and leave to appeal is denied.

T. M. KAVANAGH, C. J., and T. E. BRENNAN, T. G. KAVANAGH, SWAINSON, WILLIAMS, LEVIN, and M. S. COLEMAN, JJ., concurred.